## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. **LARRY D. HOLMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIV-17-842-F** |
| | ) | |
| 1. **DALE ROGERS TRAINING CENTER,** | ) | |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | **ATTORNEY LIEN CLAIMED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

Plaintiff, Larry D. Holmes, hereby stipulates with the Defendant, Dale Rogers Training

Center, that his claims in the above styled and numbered action shall be dismissed with

prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS <u>28th</u> DAY OF JUNE, 2018.**

s/Lauren W. Johnston
Jana B. Leonard, OBA#17844
Shannon C. Haupt, OBA#18922
Lauren W. Johnston, OBA#22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 South Walker Avenue
Oklahoma City, OK 73139
(405) 239-3800 Telephone
(405) 239-3801 Facsimile
leonardjb@leonardlaw.net
haupts@leonardlaw.net
johnstonlw@leonardlaw.net
*Attorneys for Plaintiff*

1

s/Elaine R. Turner
Elaine R. Turner, OBA #13082
Lindsay N. Kistler, OBA #32814
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.
Chase Tower
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone (405) 553-2828
Facsimile (405) 553-2855
Email: eturner@hallestill.com
Email: lkistler@hallestill.com
*Attorneys for Defendant, Dale Rogers Training
Center*